IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANZARA BROWN, | § | |
| | § | No. 8, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | Cr. ID 1205025968A |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: January 8, 2015
Decided: January 22, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## O R D E R

This 22nd day of January 2015, upon consideration of the notice to show cause and the appellant's response thereto, it appears to the Court that:

(1) The appellant, Anzara Brown, filed this appeal on January 6, 2015 from a Superior Court decision dated December 18, 2014. The Superior Court's decision denied Brown's motion for a new trial. The motion for a new trial was filed after this Court, on June 9, 2014, remanded Brown's direct appeal in No. 603, 2013.

(2) When we remanded Brown's direct appeal, we retained jurisdiction over the case. On January 7, 2015, the Superior Court returned case No. 603, 2013 from remand. A new briefing schedule has been issued

in that case and Brown will have the opportunity to challenge the Superior Court's denial of his motion for a new trial. The notice of appeal in No. 8, 2015 is duplicative of the appeal already pending in No. 603, 2013. Consequently, this appeal will be dismissed as improvidently filed.

NOW, THEREFORE, IT IS ORDERED that this appeal is hereby DISMISSED.

BY THE COURT:

<u>/s/ Karen L. Valihura</u>
Justice